THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. SPITZNAGEL, Respondent, v. HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, and Another, Appellants.— Order of the judge of the County Court of Kings county, directing the issue of a tax certificate for the excise year beginning October 1, 1917, reversed, with fifty dollars costs and disbursements of this appeal, and writ of certiorari dismissed, with fifty dollars costs, on authority of *People ex rel. Doscher* v. *Sisson* (180 App. Div. 464), decided herewith.    Thomas, Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

JANE COHEN, Respondent, v. JEWEL LEWIS, Appellant.— Application denied, with ten dollars costs.

---

## THIRD DEPARTMENT, NOVEMBER, 1917.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM PAYNE and MARTHA PAYNE, Appellants.

*Ejectment — parties — tenants in common.*

Appeal from an order of the Supreme Court, entered in the Hamilton county clerk's office October 30, 1916.

PER CURIAM: Assuming that the plaintiff acquired no title under the tax deeds, it unquestionably under the Waldo partition action acquired title to an undivided interest in the property, and could by proper amendment if necessary make all the alleged tenants in common parties to this action, and maintain ejectment against the defendants who have failed to connect themselves in any manner with the title.    It is clear that the defendants in no aspect of the case can succeed.    Order unanimously affirmed, with ten dollars costs and disbursements.